UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 15-7894 FMO (AJWx)** | Date | **August 1, 2016** |
|---|---|---|---|
| Title | **Charles Anthony Victor v. United States of America** | | |

| Present: The Honorable | **Fernando M. Olguin, United States District Judge** |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution

On June 22, 2016, the court issued an order regarding service of process by United States Marshal, which required pro se plaintiff Charles Anthony Victor ("plaintiff") to file with the Clerk of Court a Notice of Submission ("Notice") indicating that all documents required by the United States Marshall to accomplish the service of process have been submitted to the court's deputy clerk. (See Dkt. 19, Court's Order of June 22, 2016, at 1). The Notice was due no later than July 22, 2016.

Plaintiff was admonished that failure to file a Notice by the July 22, 2016, deadline could result in dismissal of this action. (See Dkt. 19, Court's Order of June 22, 2016, at 2). As of this date, no Notice has been received by the Clerk of Court, (see, generally, Dkt.), nor has the court's deputy clerk received the required documents. The court will give plaintiff one final opportunity to submit the Notice of Submission.

Based on the foregoing, IT IS ORDERED THAT plaintiff shall file a Notice no later than **August 22, 2016**. Failures to file a Notice by August 22, 2016, shall result in the action being dismissed for lack of prosecution and failure to comply with court orders. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |