JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES ANTHONY VICTOR, | ) | Case No. CV 15-7894 FMO (AJWx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 31st day of August, 2016.

                                                    /s/
                                        _____
                                        Fernando M. Olguin
                                        United States District Judge